The Jacksonville Cemetery Association, a corporation under the laws of Florida, Plaintiff in Error, vs. Charles O. Livingston, Defendant in Error.

Writ of error to Circuit Court, Duval County, Rhydon M. Call, Judge.

R. H. Liggett and J. W. Archibald, for Plaintiff in Error.

W. B. Young, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgement for for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam*.